IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PETE WHITE ,

           Plaintiff,

vs.                                                  CIVIL NO.  06-279 JH/LFG

RONALD LICHT, JR.
and JONATHON O'NEIL,

           Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION, ENTRY OF DEFAULT JUDGMENT AND DISMISSAL OF COUNTERCLAIM

THIS MATTER is before the Court on Chief Magistrate Judge Lorenzo F. Garcia's Recommendation for Default Judgment and Dismissal of Counterclaim [Doc. 33].  No objections have been filed and the deadline for filing objections has elapsed.

IT IS HEREBY ORDERED that the analysis and recommendations of the Chief Magistrate Judge are adopted.

IT IS FURTHER ORDERED that default judgment against Defendants Ronald Licht, Jr. and Jonathon O'Neil is entered; and that the counterclaim of Licht and O'Neil against Plaintiff Pete White is DISMISSED with prejudice.

A hearing to determine Plaintiff's damages is set for Thursday, August 2, 2007, at 1:30 p.m., at the United States District Courthouse, 333 Lomas Blvd, NW, Brazos Courtroom #580, Albuquerque, NM 87102.

                                                             UNITED STATES DISTRICT JUDGE